IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| STEPHEN CORTEZ, JR. | § | |
| VS. | § | CIVIL ACTION NO. 9:23cv66 |
| SKYVIEW UNIT, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Stephen Cortez, Jr., an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights lawsuit against several defendants. The case was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

## Discussion

Pending before the court is a motion for preliminary injunction (doc. no. 9) filed by plaintiff regarding conditions at the Lewis Unit and the Skyview Unit. Plaintiff subsequently informed the court that he has been transferred to the Stiles Unit. Plaintiff's transfer to another prison unit renders his claim for preliminary injunctive relief moot. *Herman v. Holiday*, 238 F.3d 660, 665 (5th Cir. 2001). Plaintiff's motion seeking a preliminary injunction should therefore be denied as moot.

## Recommendation

Plaintiff's motion for a preliminary injunction should be denied as moot.

## Objections

Objections to this Report and Recommendation must be (1) specific, (2) in writing, and (3) served and filed within 14 days after being served with a copy of this report. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

A party's failure to object bars that party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual

findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n.*, 79 F.3d 1415, 1429 (5th Cir. 1996) (*en banc*).

SIGNED this 5th day of January, 2024.

_____
Zack Hawthorn
United States Magistrate Judge