| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

STEPHEN CORTEZ, JR., §
§
Plaintiff, §
§
versus § CIVIL ACTION NO. 9:23-CV-66
§
SKYVIEW UNIT, *et al.*, §
§
Defendants. §

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Stephen Cortez, Jr., proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for preliminary injunction be denied as moot. To date, the parties have not filed objections.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#15) is **ADOPTED**. The motion for preliminary injunction (#9) is **DENIED**.

SIGNED at Beaumont, Texas, this 12th day of February, 2024.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE